**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01235-GPG

DWAYNE HUDSON, and
LEANNE MILLER,

    Plaintiffs,

v.

AURORA POLICE OFFICERS MARK SIMMERMAN,
DR. MATTHEW ZUCKERMAN,
DR. SHILOH SMITH,
DR. JESSICA SLIM,
AURORA POLICE DEPARTMENT,
UNIVERSITY OF COLORADO HOSPITAL,
AURORA POLICE DETECTIVE STEVE CROWE, and
ARAPAHOE COUNTY DISTRICT ATTORNEY,

    Defendants.

## ORDER OF DISMISSAL

On May 19, 2017, Plaintiff Dwayne Hudson initiated this action by submitting, *pro se*, to the Court a Complaint (ECF No. 1), and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (ECF No. 3). As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court determined that the filings were deficient. On May 24, 2017, the Court entered an Order Directing Plaintiffs to Cure Deficiencies (ECF No. 4). The Court directed each purported plaintiff to file a separate and individually signed application to proceed *in forma pauperis* if each plaintiff is asserting claims for relief. (*Id.*). The Court also instructed the purported plaintiffs that the complaint must be signed separately by each plaintiff personally on his or her own behalf, or by an attorney. (*Id.*). The purported plaintiffs were given thirty days to comply

1

and were warned that failure to timely cure the designated deficiencies would result in the dismissal of this action without further notice.  (*Id.*).

On June 23, 2017, Mr. Hudson submitted an IFP Application (ECF No. 5).  On June 27, 2017, the Court entered a minute order (ECF No. 6) directing Ms. Miller to file her own signed and complete IFP application.  The minute order further provided that Ms. Miller will be dismissed without further notice if she failed to comply within the time allowed.  (*Id.*).

On July 26, 2017, Mr. Hudson submitted a letter (ECF No 7) requesting an extension of time to comply with the Court's May 24, 2017 order to cure and June 27, 2017 minute order.  In a minute order (ECF No. 8) entered on July 27, 2017, the Court granted the extension and instructed Plaintiffs to the cure all deficiencies in this action by August 26, 2017.

On August 28, 2017, the Court entered a minute order (ECF No. 9) finding that Mr. Hudson provided three separate addresses in his filings and stated in the July 26, 2017 letter (ECF No. 7) that he had been arrested and is "currently being held in the Denver Detention Center."  In the minute order, the Court directed Mr. Hudson to clarify in writing within fifteen days (1) whether he currently is incarcerated; and (2) the current address where he resides.  (*Id.*).  The Court again warned Mr. Hudson that failure to do so within the time allowed will result in dismissal of this action.  (*Id.*).

Plaintiffs have neither cured all the identified deficiencies as directed, nor have they complied with the Court's orders.  As such, this action will be dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the

purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If any plaintiff files a notice of appeal he or she must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the U.S. Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute, failure to cure designated deficiencies, and failure to comply with Court's orders.

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.  It is

FURTHER ORDERED that the Applications to Proceed in District Court without Prepaying Fees or Costs (Long Form) (ECF Nos. 3 and 5) are DENIED as moot.

DATED at Denver, Colorado, this   21st   day of   September  , 2017.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court