**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01235-LTB

DWAYNE HUDSON, and
LEANNE MILLER,

    Plaintiffs,

v.

AURORA POLICE OFFICERS MARK SIMMERMAN,
DR. MATTHEW ZUCKERMAN,
DR. SHILOH SMITH,
DR. JESSICA SLIM,
AURORA POLICE DEPARTMENT,
UNIVERSITY OF COLORADO HOSPITAL,
AURORA POLICE DETECTIVE STEVE CROWE, and
ARAPAHOE COUNTY DISTRICT ATTORNEY,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 21, 2017, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiffs.

    DATED at Denver, Colorado, this 21 day of September, 2017.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/ A. García Gallegos
                            Deputy Clerk